**FILED**

09/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0206

# IN THE SUPREME COURT OF THE STATE OF MONTANA

IN THE MATTER OF THE ESTATE OF )  Case No. DA 22-0206

GERRY WILLIAMS, same person as)
GERALD MARCUS WILLIAMS, same)    **ORDER DISMISSING CROSS-**
person as GERRY M. WILLIAMS,     )           **APPEAL**

Deceased.          )

Appellees Lorri Williams and Williams Land and Cattle Company have filed an Unopposed Motion to Voluntarily Dismiss Cross-Appeal pursuant to Rule 16(4) of the Montana Rules of Appellate Procedure. Appellees' counsel has represented to the Court that Appellant's counsel has been contacted and has no objection to the Motion. Therefore,

IT IS HEREBY ORDERED that Appellees' Cross-Appeal is DISMISSED.

DATED this _____ day of _____, 2022.

Christensen Fulton & Filz, PLLC
\\ENTJUD0032\AdlibJobFiles\c49b22a1-cbcf-4c46-86e5-1cc19b4429b6\Input\0000-0000-0901-7737.doc

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2022